■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MANUEL DEOLEO, Appellant.—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Lipp, J.), imposed January 3, 1992.

Ordered that the appeal is dismissed *(see, People v Seaberg,* 74 NY2d 1). Mangano, P. J., Harwood, Eiber, O'Brien and Santucci, JJ., concur.